# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARLOS DANIEL CISNEROS ROBLEDO** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **BRIAN MCSHANE, Field Office Director of** | : | |
| **Enforcement Removal Operations,** | : | |
| **Philadelphia Field Office Immigration and** | : | |
| **Customs Enforcement, KRISTI NOEM,** | : | |
| **Secretary, U.S. Department of Homeland** | : | |
| **Security, U.S. DEPARTMENT OF HOMELAND** | : | |
| **SECURITY, PAMELA BONDI, U.S. Attorney** | : | |
| **General, THE EXECUTIVE OFFICE FOR** | : | |
| **IMMIGRATION REVIEW, J.L. JAMISON, as** | : | |
| **Warden of the Philadelphia Federal Detention** | : | |
| **Center** | : | **NO. 26-1458** |

## ORDER

**NOW**, this 6th day of March, 2026, upon consideration of petitioner Carlos Daniel Cisneros Robledo's Petition for Writ of Habeas Corpus (Doc. No. 1), **IT IS ORDERED** that the motion is **GRANTED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1.      Cisneros Robledo shall serve a copy of the Petition for Writ of Habeas Corpus on the respondents and file proof of service **today, March 6, 2026**.

2.      No later than **March 9, 2026**, the respondents shall file a response to the petition and show cause why the petition should not be granted.

3.      Cisneros Robledo shall not be transferred outside the Eastern District of Pennsylvania pending further Order of the Court.

TIMOTHY J. SAVAGE, J.