**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CARLOS DANIEL CISNEROS ROBLEDO** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **BRIAN MCSHANE, Field Office Director of** | : | |
| **Enforcement Removal Operations,** | : | |
| **Philadelphia Field Office Immigration and** | : | |
| **Customs Enforcement, KRISTI NOEM,** | : | |
| **Secretary, U.S. Department of Homeland** | : | |
| **Security, U.S. DEPARTMENT OF HOMELAND** | : | |
| **SECURITY, PAMELA BONDI, U.S. Attorney** | : | |
| **General, THE EXECUTIVE OFFICE FOR** | : | |
| **IMMIGRATION REVIEW, J.L. JAMISON, as** | : | |
| **Warden of the Philadelphia Federal Detention** | : | |
| **Center** | : | **NO. 26-1458** |

## ORDER

**NOW**, this 10th day of March, 2026, upon consideration of petitioner Carlos Daniel Cisneros Robledo's Motion to Withdraw Petition for Writ of Habeas Corpus Without Prejudice (Doc. No. 5), **IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1.      The habeas petition is marked **WITHDRAWN**.

2.      The Clerk shall close this case.

TIMOTHY J. SAVAGE, J.